UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**NINA M. COLON,**

       **Plaintiff,**

**v.**                                  **Case No. 6:25-cv-2520-CEM-DCI**

**OSCEOLA COUNTY SHERIFF'S
OFFICE, SHERIFF MARCOS
LOPEZ, DEPUTY KENNITH
WOLFE, SERGEANT HANLLES
FRAIS, FREDDIE FRANCISCO,
OSCEOLA COUNTY,**

       **Defendants.**

                                        /

## ORDER

THIS CAUSE is before the Court on Plaintiff's Application to Proceed in District Court without Prepaying Fees or Costs ("Motion," Doc. 10). The United States Magistrate Judge issued a Report and Recommendation (Doc. 17), recommending that the Motion be denied.

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 17) is **ADOPTED** and made a part of this Order.

2. Plaintiff's Application to Proceed in District Court without Prepaying Fees or Costs (Doc. 10) is **DENIED**.

3. The Amended Complaint (Doc. 15) is **DISMISSED without prejudice**.

4. **On or before May 18, 2026**, Plaintiff may file a Second Amended Complaint that complies with the Report and Recommendation. Failure to do so will result in the closure of this case without further notice.

5. Also, **on or before May 18, 2026**, Plaintiff may file a renewed Application to Proceed in District Court without Prepaying Fees or Costs.

**DONE** and **ORDERED** in Orlando, Florida on April 27, 2026.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Party